UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL F. VALDEZ,<br><br>                Petitioner,<br><br>   v.<br><br>JASON BENNETT,<br><br>                Respondent. | CASE NO. 3:24-cv-05168-DGE-BAT<br><br>**REPORT AND RECOMMENDATION DENYING IFP APPLICATION** |

Petitioner has submitted a federal habeas corpus petition and an application to proceed *in forma pauperis* (IFP). Dkt. 4. Petitioner's IFP application avers he has $200 in prison savings. The Court finds Petitioner thus has the ability to pay the $5.00 habeas corpus filing fee and is not eligible to proceed IFP. The Court recommends Petitioner be directed to pay the filing fee within 14 days of adoption of this recommendation. The Court further recommends that if Petitioner fails to pay the filing fee within that deadline, that the matter be dismissed without prejudice.

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Therefore, Petitioner should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

REPORT AND RECOMMENDATION - 1

1  Objections, however, may be filed and served upon all parties no later than **March 22,**
2  **2024.** The Clerk shall note the matter for **March 22, 2024**, as ready for the District Judge's
3  consideration.  The failure to timely object may affect the right to appeal.

4  DATED this 8th day of March, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge