UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMUEL F. VALDEZ,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JASON BENNETT,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05168-DGE-BAT<br><br>ORDER ON REPORT AND RECOMMENDATION (DKT. NO. 5.) |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, to which no party objected.  (Dkt. No. 5.)  Having reviewed the Report and Recommendation and the remaining record *de novo*, the Court hereby ORDERS:

1. The Report and Recommendation is **ADOPTED;**

2. Plaintiff's application to proceed in forma pauperis (Dkt. No. 1) is **DENIED;**

3. Plaintiff is directed to pay the filing fee within 14 days of this Order.  If not paid as ordered, this matter will be dismissed without prejudice.

4. The Clerk is directed to send copies of this Order to Plaintiff and the Hon. Brian A. Tsuchida.

DATED this 1st day of April 2024.

David G. Estudillo
United States District Judge